Edward Gartenberg (State Bar No. 102693)
Milena Dolukhanyan (State Bar No. 303157)
GARTENBERG GELFAND HAYTON LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, California 91403
Telephone: (213) 542-2111
Facsimile: (213) 542-2101
egartenberg@gghslaw.com
mdolukhanyan@gghslaw.com

Attorneys for Plaintiff and Counter-Defendant United Aeronautical Corporation and Counter-Defendant Bradford Beck

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AERONAUTICAL CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HB CORPORATION a/k/a HB INTERNATIONAL CORPORATION S.A.S., a Colombian Corporation; LUIS ROBERTO ANDRADE<br><br>Defendants. | Case No. 2:16-cv-04017-TJH-RAOx<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL [JS-6]** |
| HB INTERNATIONAL CORP. SOCIEDAD POR ACCIONES SIMPLIFICADA S.A.S., a Colombian Corporation,<br><br>Counter-claimant,<br><br>v.<br><br>UNITED AERONAUTICAL CORPORATION, a California Corporation and BRADFORD BECK, an individual,<br><br>Counter-defendants. | |

# ORDER

The Court having considered the Joint Stipulation of Dismissal of the Parties, and good cause appearing therefore, orders as follows:

1. The above-captioned complaint and counter-complaint is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.
2. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement between the Parties.

IT IS SO ORDERED.

Dated: April 5, 2018

_____
Hon. Terry J. Hatter, Jr.
United States District Judge